UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M.H. and T.B.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>DR. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually,<br><br>   Defendant - Appellant,<br><br> and<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare and IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>   Defendants. | No. 23-35485<br><br>D.C. No. 1:22-cv-00409-REP<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

  The judgment of this Court, entered September 06, 2024, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT